Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Estate of Daniel J. Parsons |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | Daniel J. Parsons |
| 3. | Debtor's federal Employer Identification Number (EIN) | 33-6544336 |

4. Debtor's address

**Principal place of business**

7723 N. 63rd Avenue
Glendale, AZ 85301
Number, Street, City, State & ZIP Code

Maricopa
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

2052 E. Topeka Drive Phoenix, AZ 85024
Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
■ Other. Specify: Estate of Decedent

Debtor  **Estate of Daniel J. Parsons** _____  Case number (*if known*) _____
         Name

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **Estate of Daniel J. Parsons**  Case number (if known) _____
       Name

**11. Why is the case filed in this district?**   Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Estate of Daniel J. Parsons | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/06/2025
            MM / DD / YYYY

X /s/ Joseph Longo
Signature of authorized representative of debtor

Joseph Longo
Printed name

joseph@momentumedge.net
Email Address of debtor

Title  **Personal Representative**

**18. Signature of attorney**

X /s/ Richard W. Hundley
Signature of attorney for debtor

Date 01/06/2025
     MM / DD / YYYY

Richard W. Hundley
Printed name

The Kozub Law Group PLC
Firm name

7537 E. McDonald Drive
Scottsdale, AZ 85250
Number, Street, City, State & ZIP Code

Contact phone  480-624-2700    Email address  rhundley@kozublaw.com

019829 AZ
Bar number and State

# Exhibit 1

Person Filing: Richard W. Hundley
Address (if not protected): 7537 E. McDonald Drive
City, State, Zip Code: Scottsdale, AZ 85250
Telephone: 480-624-2700
Email Address: mewak@kozublaw.com
Lawyer's Bar Number: 019289
Licensed Fiduciary Number: _____

Representing ☐ Self, without a Lawyer or ☒ Attorney  ☒ Petitioner OR ☐ Respondent

COPY
NOV 18 2024
CLERK OF THE SUPERIOR COURT
T. BLAND
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Case No.: PB 2024-003396

In the Matter of the Estate of:

Daniel J. Parsons
☐ an Adult   OR   ☐ a Minor, deceased

LETTERS OF APPOINTMENT OF PERSONAL REPRESENTATIVE AND ACCEPTANCE OF APPOINTMENT AS PERSONAL REPRESENTATIVE

## LETTERS OF PERSONAL REPRESENTATIVE

Joseph Longo _____ (name) is appointed as Personal Representative of this Estate without restriction except as follows:
None

WITNESS: _____ (date)

CLERK OF SUPERIOR COURT
By _____
Deputy Clerk

COPY
NOV 18 2024
CLERK OF THE SUPERIOR COURT
T. BLAND
DEPUTY CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
Page 1 of 2
PBIP17f - 052020

Case 2:25-bk-00067-EPB   Doc 1   Filed 01/06/25   Entered 01/06/25 15:39:16   Desc
Main Document    Page 6 of 7

Case Number: _____

## ACCEPTANCE OF APPOINTMENT

I accept the duties of Personal Representative of the Estate of the above-named person who has died and do solemnly swear or affirm that I will perform the duties as Personal Representative according to law.

DATED: 9/3/24

_Signature of Personal Representative_

Joseph Longo
Printed Name

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

PBIP17f - 052020